IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NADER POURHASSAN and<br>KAZEM KAZEMPOUR,<br><br>*Defendants*. | 8:22-CR-440 |

### DEFENDANT KAZEM KAZEMPOUR'S MOTION TO DISMISS

Defendant Kazem Kazempour moves pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(v) to dismiss the Indictment. The reasons supporting Defendant Kazempour's Motion to Dismiss are set forth in the accompanying Memorandum in Support.

WHEREFORE, Defendant Kazem Kazempour respectfully requests that the Court grant his Motion to Dismiss and dismiss the Indictment in full.

Dated: July 25, 2023            Respectfully submitted,

*/s/ Benjamin A. O'Neil*
Benjamin A. O'Neil (Fed. Bar No. 29078)
**McGuireWoods LLP**
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-2466
Fax: (202) 828-2966
boneil@mcguirewoods.com

Caroline Schmidt Burton (Fed. Bar No. 13303)
(Admitted as "Caroline Susan Schmidt")
Kathryn M. Barber (*Pro hac vice* pending)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-7651
Fax: (804) 698-2049
cburton@mcguirewoods.com
kbarber@mcguirewoods.com

Jason H. Cowley (Admitted *pro hac vice*)
**MCGUIREWOODS LLP**
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2030
Fax: (704) 373-8830
jcowley@mcguirewoods.com

***Counsel for Defendant***
***Kazem Kazempour***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2023, a copy of the foregoing document was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Benjamin A. O'Neil*
Benjamin A. O'Neil (Fed. Bar No. 29078)
**McGuireWoods LLP**
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-2466
Fax: (202) 828-2966
boneil@mcguirewoods.com
